IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-00150-FL

| | |
|---|---|
| TOM PRICE and WILLIAM LEGG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF FAYETTEVILLE, NORTH ) | **CONSENT ORDER ON** |
| CAROLINA, KATHERINE BRYANT, in her ) | **PLAINTIFFS' SECOND MOTION** |
| official capacity as Chief of Police for the ) | **FOR PRELIMINARY INJUNCTION** |
| Fayetteville Police Department, and JOHN ) | |
| DOE, individually and in his official capacity as ) | |
| Police Officer for Fayetteville Police ) | |
| Department, ) | |
| ) | |
| Defendants. ) | |

Resolution on Plaintiffs' Second Motion for Preliminary Injunction has been reached by and between the parties, and accepted by the Court, as reflected herein.

The parties have agreed Defendants will not enforce the current literature distribution rule promulgated by Dogwood Festival, Inc. The Court retains jurisdiction to enforce the parties' agreement and resolve the remaining claims set out in Plaintiffs' Complaint.

**AS AGREED TO BY THE PARTIES:**

s/Nathan W. Kellum
Nathan W. Kellum
TN BAR #13482; MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Telephone: (901) 684-5485
Facsimile: (901) 684-5499
Email: nkellum@crelaw.org

s/Andrew H. Erteschik
Edwin M. Speas
N.C. State Bar No. 4112
espeas@poynerspruill.com
Andrew H. Erteschik
N.C. State Bar No. 35269
POYNER SPRUILL LLP
aerteschik@poynerspruill.com
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Telephone: (919) 783-6400
Fax: (919) 783-1075

s/Deborah J. Dewart
Deborah J. Dewart
NC BAR # 30602; CA BAR # 221737
620 E. Sabiston Drive
Swansboro, NC 28584-9674
Telephone: (910) 326-4554
Facsimile: (877) 326-4585
E-mail: debcpalaw@earthlink.net

**Attorneys for Plaintiffs**

s/Karen M. McDonald
Karen M. McDonald
N.C. State Bar No. 20573
City Attorney for the City of Fayetteville
kmcdonald@ci.fay.nc.us
P.O. Box 1513
Fayetteville, NC 28302
Telephone: (910) 433-1985
Fax: (910) 433-1980

**Attorneys for Defendants**

This the 21st day of February, 2014

**AS ACCEPTED BY THE COURT:**

*[signature]*

LOUISE W. FLANAGAN
United States District Judge

2