UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TOM PRICE and WILLIAM LEGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:13-CV-150-FL |
| CITY OF FAYETTEVILLE, NORTH ) | |
| CAROLINA; KATHERINE BRYANT, ) | |
| in her official capacity as Chief of ) | |
| Police for the Fayetteville Police ) | |
| Department; and WILLIAM ) | |
| RANDOLPH SESSOMS, individually ) | |
| in his official capacity as Police Officer ) | |
| for Fayetteville Police Department, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered August 7, 2014, that judgment is hereby entered in favor of plaintiffs on their claims for permanent injunctive and declaratory relief from restrictions on their distribution of religious literature at private festivals that are free open to the public, and held on public ways with the City of Fayetteville, North Carolina. Defendants shall pay each plaintiff the amount of $1.00 as nominal damages. By stipulation of the parties, the plaintiffs shall be permitted to distribute religious literature at private festivals that are free, open to the public, and held on public ways within the City of Fayetteville, including the annual Dogwood Festival and the Independence Day Concert held in downtown Fayetteville, North Carolina.

**This Judgment Filed and Entered on August 7, 2014, and Copies To:**

Deborah J. Dewart (via CM/ECF Notice of Electronic Filing)
Nathan W. Kellum (via CM/ECF Notice of Electronic Filing)
Andrew H. Erteschik (via CM/ECF Notice of Electronic Filing)
Edwin M. Speas, Jr. (via CM/ECF Notice of Electronic Filing)
Karen M. McDonald (via CM/ECF Notice of Electronic Filing)
Jeffrey D. Bradford (via CM/ECF Notice of Electronic Filing)


August 7, 2014                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk